**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**TRANSFER ORDER**

**IT IS ORDERED** that the following Section "A" cases are hereby reallotted to Judge Brandon S. Long, Section "O" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 23-168 | USA v. Eric Brandt |
| 23-253 | SEALED |
| 23-263 | SEALED |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 20-3464 | Angela Walker et al v. James Pohlmann et al |
| 21-0409 | Raymond Harold Kimble, III v. Jefferson Parish et al |
| 21-0482 | Matthew Caleb Sawyer v. Kecia Charles et al |
| 21-2280 | Shavonda Brooks v. Brian Kahrs et al |
| 22-1261 | Robert Louis Spinks et al v. United States of America |
| 22-4198 | Carl R. Jackson v. Baker Hughes Oilfield Operations, Inc. et al |
| 23-1023 | Sarah Sollberger v. Victoria Humphries |
| 23-1366 | Opal Jean Lennix v. Amazon Com Services, LLC et al |
| 23-2541 c/w | Garrison Property and Casualty Ins. Co. v. Taylor Eichenwald et al |
| 23-6566 | Dylan Bradley et al v. Garrison Property and Casualty Ins. Co. |
| 23-3111 c/w | Bernell Juluke v. Len Davis et al |
| 23-6203 | Kunta Gable et al v. New Orleans City et al |

1

| | |
|---|---|
| 23-4263 | Michael Simoneaux v. Taylor Seidenbach, Inc. et al |
| 23-6504 | Hunter White v. Ocean Harbor Casualty Insurance Company |
| 23-6511 | Lester Kelly et al v. American Security Insurance Company |
| 23-6513 | Carol Ann Matherne v. State Farm Fire and Casualty Company |
| 23-6524 | Doug Boyle v. American Zurich Insurance Company |
| 23-6558 | Jean Newman v. State Farm Fire and Casualty Company |
| 23-6606 | Dominick Orlando v. State Farm Fire and Casualty Company |
| 23-6708 | Highland North, LLC v. Safepoint Insurance |
| 23-6716 | Robert Foret et al v. State Farm Fire and Casualty Company |
| 23-6729 | John Tracy et al v. Amica Mutual Insurance Company |
| 23-6760 | Lionel F. Lapeyrouse et al v. State Farm Fire and Casualty Company |
| 23-6767 | Dodie Plaisance v. State Farm Fire and Casualty Company |
| 23-6787 | Romel Holland et al v. USAA General Indemnity Company |
| 23-6819 | Gwendolyn M. Harris et al v. Allstate Insurance Company |
| 23-6827 | Myra Fanguy v. Wright National Flood Insurance Company |
| 23-6845 | Fabienne Placide v. GeoVera Specialty Insurance Company |
| 23-6855 | Cristine Crisler Justice et al v. State Farm Fire & Casualty Ins. Co. |
| 23-6898 | M5, LLC v. AmGuard Insurance Company |
| 23-6910 | Rachel Kirkley v. Dover Bay Specialty Insurance Company et al |
| 23-6917 | Alvin Jackson v. State Farm Fire and Casualty Company |
| 23-6940 | Roy Musacchia v. Ocean Harbor Casualty Insurance Company |
| 23-6985 | Betsy Chester v. GeoVera Specialty Insurance Company |

| | |
|---|---|
| 23-6998 | George Joseph Assets, LLC v. Westchester Surplus Lines Insurance Co. |
| 23-7004 | Louise Duhe v. Allstate Vehicle and Property Insurance Company |
| 23-7048 | Olethia Davis v. Allstate Insurance Company |
| 23-7071 | Flo Donovan v. Allied Trust Insurance Company |

**IT IS FURTHER ORDERED** that the following Section "B" cases are hereby reallotted to Judge Brandon S. Long, Section "O" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

None

### CIVIL ACTION CASES:

| | |
|---|---|
| 23-986 | Lavell Hammond v. U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives et al |
| 23-1619 | Kanequa Blackmon v. Joseph Lopinto, III et al |
| 23-2477 | Jerry Lejeune v. Taylor Seidenbach, Inc. et al |
| 23-4009 | John W. Byrd et al v. Progressive Paloverde Insurance Company et al |
| 23-6274 | Ameropa North America, Inc. V. Amalea M/V et al |
| 23-6315 | Donna Collins v. State Farm Fire and Casualty Company |
| 23-6336 | Marilyn Eymard v. Allstate Insurance Company |
| 23-6398 | Carl Unger et al v. State Farm Fire & Casualty Company |
| 23-6410 | Etienne Lapeyre et al v. Vigilant Insurance Company |
| 23-6411 | Steve Judge Naquin v. State Farm Fire & Casualty Company |
| 23-6429 | Paul Blanchard v. North Light Specialty Insurnace Company |
| 23-6434 | Angela Tsatsoulis et al v. Underwriters at Lloyds London |
| 23-6525 | David H. Trautenberg v. Susan Hutson |

| 23-6537 | Sandra Oehler v. GeoVera Specialty Insurance Company |
| 23-6633 | Bertha Fradieu v. State Farm Fire and Casualty Company |
| 23-6636 | Osway Smith et al v. USAA General Indemnity Company |
| 23-6674 | Marc Barbe v. American Security Insurance Company |
| 23-6791 | Sylvia Taylor v. Safeport Insurance Company |
| 23-6887 | Christopher Lewis v. State Farm Fire and Casualty Company |
| 23-6908 | Eddie Encalarde et al v. Allied Trust Insurance Company |
| 23-6919 | SNB Capital, LLC v. Orchid Underwriters Agency LLC |
| 23-6932 | Gary J. Levron v. United Services Automobile Association et al |
| 23-6937 | Horace L. Bracy v. ABB, Inc. et al |
| 23-6953 | Terrebonne Parish Communications District v. National Union Fire Insurance Company of Pittsburg, PA et al |
| 23-6980 | Secca Medical, Inc. et al v. State Farm Fire and Casualty Company |
| 23-7025 | Douglas Holaday v. GeoVera Advantage Insurance Services, Inc. |
| 23-7349 | Joyce Arceneaux et al v. Louisiana Regional Landfill Company, Inc. et al |

**IT IS FURTHER ORDERED** that the following Section "D" cases are hereby reallotted to Judge Brandon S. Long, Section "O" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASE:**

| 23-211 | USA v. Emanuel Paul Harris |
| 23-222 | SEALED |

**CIVIL ACTION CASES:**

| 22-1786 | Cindy Sandoval et al v. Lopinto et al |
| 22-2286 | Megan Duval v. Physicians Medical Center et al |

4

| | |
|---|---|
| 22-4235 | Steven Jay Sencial v. Lopinto et al |
| 23-788 | Royal White Cement, Inc. v. Weco Holli M/V et al |
| 23-3258 | Liberty Mutual Insurance Company v. Royal White Cement, Inc. |
| 23-5495 | B.B. v. Athlos Academy of Jefferson |
| 23-5733 | Stanton Square LLC v. City of New Orleans et al |
| 23-5824 | Woodward Harbor LLC et al v. City of Mandeville et al |
| 23-6594 | Louisiana Realty Development, LLC v. Axis Surplus Insurance Company et al |
| 23-6638 | St. James Parish School Board v. Certain Underwriters at Lloyd's et al |
| 23-6649 | Billy Edwards v GeoVera Specialty Insurance Company |
| 23-6659 | Lionel Bridges et al v. Lloyd's of London et al |
| 23-6702 | Kevin Garrison et al v. United Fire & Casualty Company |
| 23-6727 | Gloria Benoit v. QBE Specialty Insurance Company |
| 23-6738 | Bruce White v. State Farm Fire and Casualty |
| 23-6745 | Joyce Boudloche v. State Farm Fire and Casualty Company |
| 23-6748 | Shaun Scott et al v. Allstate Insurance Company |
| 23-6749 | Lois Eugene v. American Security Insurance Company |
| 23-6755 | Hazel Hartman v. Allstate Insurance Company |
| 23-6785 | Ross Burgard et al v. Great Lakes Insurance SE |
| 23-6794 | Clayton Ventures LLC et al v. Scottsdale Insurance Company |
| 23-6813 | Roxanne Elder v. Assurant Security Insurance Company |
| 23-6847 | Rita May Harris v. Allstate Insurance Company |
| 23-6877 | Richard Enright v Allied Trust Insurance Company |

| 23-6886 | Songy's Sporting Goods, Inc. v. Granite State Insurance Company |
| 23-6894 | Kendra Manson v. USAA Casualty Insurance Company |
| 23-6983 | DK Holdings, LLC v. Safeport Insurance Company |
| 23-7014 | Sandra McQuarter et al v. Occidental Fire and Casualty Insurance Company of North Carolina |
| 23-7020 | Gary Hoppe et al v. Allied Trust Insurance Company |
| 23-7029 | Thomas H. Kimbrough, III v. USAA General Indemnity Company |
| 23-7036 | Sharkco Seafood International, LLC et al v. Third Coast Infrastructure, LLC et al |
| 23-7065 | Leslie Lambert et al v. Allied Trust Insurance Company |
| 23-7076 | Ramiadamlyla LLC v. State Farm Fire and Casualty Company |
| 23-7095 | Carroll Swetnam v. State Farm Fire and Casualty Company |
| 23-7100 | Dwayne Pritchett et al v. GeoVera Advantage Insurance Services, Inc. |
| 23-7167 | Harry Lang v Louisiana Insurance Guaranty Association et al |
| 23-7312 | Natara Westerfield et al v. Audubon Fertility, LLC |

**IT IS FURTHER ORDERED** that the following Section "E" cases are hereby reallotted to Judge Brandon S. Long, Section "O" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| 22-59 | USA v. Jerel Clavo |
| 23-39 | USA v. Eferain Renteria |
| 23-213 | USA v. Junior Alexander Moncada-Vargas |
| 23-254 | USA v. Demetrius Theophile |

**CIVIL ACTION CASES:**

| 22-274 | Gregory Joseph Perriera, Jr. v. Joseph Lopinto, III et al |
| 22-2773 | Kevin Johnson et al v. United Property and Casualty Insurance Company |
| 22-3001 | Alexis Elijah v. American Security Insurance Company |
| 22-3253 | Kerlerec Condos, LLC et al v. StarStone Specialty Insurance Company |
| 22-3303 | 2600 Belle Chasse Highway, LLC v. State Farm Fire & Casualty Company |
| 22-3384 | Stanley Weber, III v. QBE Specialty Insurance Company |
| 22-3388 | Alex Mitchell et al v. Ocean Harbor Casualty Insurance Company |
| 22-3518 | Sarah Gisclair v. Ocean Harbor Casualty Insurance Company |
| 22-3540 | Corinne Portier v. QBE Specialty Insurance Company |
| 22-3637 | Pamela Franklin v. FedNat Insurance Company |
| 22-5258 | Lacey Majorie v. Secure Patient Delivery, LLC et al |
| 22-5291 | Texas Eastern Transmission, LP, v. Karankawa Bay, Inc. |
| 23-1992 | Edgar L. Merida v. Board of Commissioners of the Southeast Louisiana Flood Protection Authority – East et al |
| 23-2600 | Kevin J. Carraby v. Crowley Maritime Corporation et al |
| 23-2861 | Central Boat Rentals, Inc. v. Harbor Dredging, Inc. et al |
| 23-2895 | Anthony Hyginus v. Ochsner Clinic, LLC et al |
| 23-2982 | Dorothy Penn v. Dover Bay Specialty Insurance Company |
| 23-2992 | Rachel Magee v. Tower Hill Prime Insurance Company |
| 23-2993 | Sheila Sanchez et al v. Dover Bay Specialty Insurance Company |
| 23-3014 | Eddie Cordes et al v. State Farm Fire & Casualty Company |
| 23-3022 | David Smith Lodrigues et al v. State Farm Fire & Casualty Company |

| 23-3026 | Lakiesha Mitchell et al v. Dover Bay Specialty Insurance Company |
| 23-3030 | Sonya Fultz v. State Farm Fire & Casualty Company |
| 23-3070 | Cara Schlosser v. GeoVera Specialty Insurance Company |
| 23-3082 | Carolyn Lewis v. State Farm Fire & Casualty Company |
| 23-4086 | Acrisure, LLC v. Shawn LeBeouf |
| 23-6817 | Wilfred Greenup v. Louisiana State et al |
| 23-6972 | Meiko Thompson v. Abbott Laboratories |
| 23-7021 | Doctors Flynn-Manceaux-Arcement-Pizzolato v. State Farm Fire & Casualty Company |
| 23-7074 | D & A Property Management, Inc. v. Atain Specialty Insurance Company |
| 23-7084 | Willie J. Neapollioun, Jr. v. Allstate Indemnity Company |
| 23-7098 | Rita McCrory v. American Bankers Insurance Company of Florida |
| 23-7101 | Phyllis Fortune et al v. State Farm Fire & Casualty Company |
| 23-7113 | Kaleb Boudreaux v. Allied Trust Insurance Company |
| 23-7166 | Crazy Falling Prices, LLC v. State Farm Fire & Casualty Company et al |
| 23-7239 | Lourean McGee v. Ocean Harbor Casualty Insurance Company |
| 23-7244 | Robert C. Trosper v. Arena Offshore, LP et al |
| 23-7287 | Dianne Dunford et al v. Evanston Insurance Company |

**IT IS FURTHER ORDERED** that the following Section "G" cases are hereby reallotted to Judge Brandon S. Long, Section "O" of this Court, effective as of the date of this Order.

<u>**CRIMINAL ACTION CASES:**</u>

| 21-55 | USA v. Michael Stewart |

| 22-27 | USA v. Darrion Young |
| 23-45 | USA v. Raudel Miranda-Martinez |
| 23-178 | USA v. Elias Manuel Murcia-Bonilla |

**<u>CIVIL ACTION CASES:</u>**

| 21-178 | Mark DeSoto et al v. Nexion Health at Marrero, Inc et al |
| 22-1929 | Barbara Taylor v. State Farm Fire and Casualty Company |
| 22-2055 | James Hornbeak v. FedNat Insurance Company |
| 22-2103 | Melba Sanders v. Scottsdale Insurance Company |
| 22-2509 | Joseph Stubblefield et al v. United Property and Casualty Insurance Company |
| 22-3383 | Jacque McQuaig v. Imperial Fire and Casualty Insurance Company et al |
| 22-3647 | Irma Curtis v. Hartford Casualty Insurance |
| 22-3708 | Martha Carrasquillo v. Allstate Vehicle and Property Insurance Company et al |
| 22-4215 | Wrophas Baker v. Allstate Vehicle and Property Insurance Company et al |
| 22-4478 | Reggie Wortham v. Westbank Fishing, LLC |
| 22-4769 | Freddie Clark v. Allied Trust Insurance Company |
| 22-5203 | Mark Rucker v. Atlantic Casualty Insurance Company |
| 22-5409 | Janice Richards v. State Farm Fire and Casualty Company et al |
| 23-588 | Matthew Fitzner et al v. Atlantic Casualty Insurance Company |
| 23-2064 | Quarter Holdings, LLC et al v. Westchester Surplus Lines Insurance Company et al |
| 23-2183 | MOB Holdings, I, LLC et al v. Starr Surplus Insurance Company |
| 23-2243 | Living Word Church International v. Bankers Insurance Company |

| | |
|---|---|
| 23-2293 | United States of America v. Tandem Roofing, LLC et al |
| 23-4337 | Josephine Development, LLC v. Independent Specialty Insurance Company et al |
| 23-4468 | Sylvia Arb v. Allstate Fire and Casualty Insurance Company |
| 23-4745 | Willie Jackson et al v. Southern Fidelity Insurance Company et al |
| 23-4784 | Esther Matthews v. National General Insurance |
| 23-4834 | Thaddeus Knight et al v. American Bankers Insurance Company of Florida et al |
| 23-4989 | Harry Bourg Corporation v. Gulf South Pipeline Company, LLC |
| 23-5037 | Kennor Harrison v. John W. Stone Oil Distributors, LLC et al |
| 23-5057 | David Groome et al v. Chubb European Group SE et al |
| 23-5122 | Stefano Markell Parker v. Chet Morrison Contractors LLC et al |
| 23-5351 | St. Luke #2 LLC v. Independent Specialty Insurance Company, Inc. |
| 23-5415 | Jennifer Catalano v. USAA Casualty Insurance Company |
| 23-5828 | Baileigh Fuxan et al v. Occidental Fire & Casualty Company of North Carolina |
| 23-5837 | Joseph Schilleci et al v. Safeport Insurance Company |
| 23-5918 | Sybil C. Schneider et al v. State Farm Fire and Casualty Company et al |
| 23-6359 | Abdul Hafeez v. IAT Insurance Company et al |
| 23-6389 | Jason Johnson et al v. Allied Trust Insurance Company et al |
| 23-6864 | Gaidry & Thompson Properties, LLC v. Independent Specialty Insurance Company et al |
| 23-7059 | Philadelphia Indemnity Insurance Company v. Inland Marine Services, LLC et al |
| 23-7268 | Abida Kadi et al v. Alejandro Mayorkas et al |

23-7276        Jeremy Norris v. UNUM Life Insurance Company of America

**IT IS FURTHER ORDERED** that the following Section "H" cases are hereby reallotted

to Judge Brandon S. Long, Section "O" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

23-87          USA v. Ricky Wilson

23-196         USA v. Raymond Brown

23-216         USA v. Joshua Hogan

23-251         USA v. Kevin Tyler

**CIVIL ACTION CASES:**

22-3271        1325 W. Esplanade, LLC et al v. StarStone Specialty Insurance Company

22-3606        227 N. Peters, LLC v. StarStone Specialty Insurance Company

22-3634        Connie Moton v. Underwriters at Lloyd's London

22-3680        Jacob LeBlanc et al v. Allied Trust Insurance Company

22-4174        Julio Rodriguez v. Chubb European Group, SE

22-4182        Earlette Martin v. GeoVera Specialty Insurance Company

22-4370        Gregory Richardson et al v. Mario Herrera et al

22-4731        Katherine Terranova v. Seth Dauenhauer et al

22-5185        Bernie Hebert v. United Property and Casualty Insurance Co.

22-5396        Dave Gupta v. State Farm Fire & Casualty Company et al

22-5455        Colin Dilbert v. United Airlines, Inc.

22-5552        Ronnie Baudoin v. State Farm Fire & Casualty Company et al

23-30          St. Charles-Guillot Investment, LLC et al v. One Source Roofing, Inc. et al

| | |
|---|---|
| 23-302 | Nina Loup v. New Residential Mortgage, LLC |
| 23-525 | Alaine Lafaso et al v. United Property and Casualty Insurance Co. |
| 23-830 | Nicole Justice v. Southeast Louisiana Home Health, LLC |
| 23-1253 | 510 Lafayette Street, LLC v. Safepoint Insurance Company |
| 23-1255 | Green Street Ventures, LLC v. Evanston Insurance Company |
| 23-1401 | Paul Perrot v. Evanston Insurance Company |
| 23-2368 | James Catchings, Jr. v. Certain Underwriters at Lloyd's, London |
| 23-2556 | Thelma Dodson et al v. State Farm fire & Casualty Company |
| 23-2687 | James Walker, Sr. v. State Farm Fire & Casualty Company |
| 23-2863 | Michael Gendusa et al v. Dover Bay Specialty Insurance Company |
| 23-3778 | Sherman Daigs v. Dover Bay Specialty Insurance Company |
| 23-4158 | Chad Bailey v. Liberty Personal Insurance Company |
| 23-5083 | Dwight Walker v. Burlington Insurance Company |
| 23-5158 | Tracy Steele v. American Security Insurance Company |
| 23-5299 | Walter Plauche v. Allied Trust Insurance Company |
| 23-5963 | Emmanuel West et al v. Occidental Fire & Casualty Company of North Carolina |
| 23-6055 | David Benton v. Foremost Insurance Company Grand Rapids, Michigan |
| 23-6192 | Gwendolyn Bechet v. Chubb European Group SE |
| 23-6237 | Tracey Joseph v. American Bankers Insurance Company of Florida |
| 23-6430 | Ray Peyton v. State Farm Fire and Casualty Company |
| 23-6807 | Brenda Geiger et al v. The Ace of Clubs, Inc. |

| 23-7053 | Anthony Carey v. Social Security Administration |
|---|---|
| 23-7103 | Tamika Profit v. Germanique Coleman et al |
| 23-7275 | In re: Arthur and Arleaser Simmons |
| 23-7333 | Jeffery Dupre v. Progressive Select Insurance et al |

**IT IS FURTHER ORDERED** that the following Section "I" cases are hereby reallotted to Judge Brandon S. Long, Section "O" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

| 23-52 | USA v. Terrance Pickett |
|---|---|
| 23-181 | SEALED |
| 23-188 | USA v. Terry Baham, Jr. |
| 23-227 | USA v. Michael Lewis |

### CIVIL ACTION CASES:

| 19-10850 c/w | In the Matter of Aries Marine Corporation et al |
|---|---|
| 19-13138 | Tomas Arce Perez et al v. Fugro USA Marine, Inc. et al |
| 21-1862 | Cody M. Matthews et al v. William Lo et al |
| 22-632 | Bruce Washington et al v. Randy Smith et al |
| 22-1903 | Damon J. Baldone, LLC v. Starr Surplus Lines Insurance Company et al |
| 22-2638 | Margaret Thomas v. Certain Underwriters at Lloyd's of London et al |
| 22-2786 | Paul Sammarco v. QBE Specialty Insurance Company |
| 22-3252 | 935 Dumaine, LLC et al v. StarStone Specialty Insurance Company |
| 22-3272 | 2002 20th Street, LLC et al v. StarStone Specialty Insurance Company |
| 22-3604 | 730 Dumaine, LLC et al v. StarStone Specialty Insurance Company |

| | |
|---|---|
| 22-3642 | James Bennett v. Underwriters at Lloyd's London |
| 22-3648 | Kelly Lawson v. State Farm Fire & Casualty Company et al |
| 22-3868 | Defrancesch Family Partnership, LLC v. Nationwide Mutual Insurance Company |
| 22-4195 | Yolande Sapia v. State Farm Fire and Casualty Company |
| 22-4275 | Caroline Wallesverd v. State Farm Fire and Casualty Company et al |
| 22-4805 | Daniel Kadar v. Occidental Fire & Casualty Company of North Carolina |
| 22-4821 | Joan Shaw v. Occidental Fire & Casualty Company of North Carolina |
| 22-5064 | Albany Hungarian Presbyterian Church v. Scottsdale Insurance Company |
| 22-5378 | Larry O'Connor v. State Farm Fire and Casualty Company et al |
| 22-5454 | Jennifer Weeks v. Occidental Fire & Casualty Insurance Company of North Carolina |
| 22-5588 | Ron Harris et al v. United Property & Casualty Insurance Company |
| 23-218 | Sean O'Connor et al v. Allied Trust Insurance Company |
| 23-337 | Grant L. Printup et al v. United Property & Casualty Insurance Company |
| 23-865 | Brian Haughey v. American Wall Bed Company, Inc. et al |
| 23-1045 c/w | In the Matter of: Weeks Marine, Inc. |
| 23-5285 | In Re: The Matter of the Complaint of Michael Scarabin |
| 23-1573 | Stronger Hope Baptist Church v. Nautilus Insurance Company |
| 23-1723 | United States Fire Insurance Company v. J. Terrell Brown Sr. et al |
| 23-1922 | Dwayne Williams v. Jason Williams et al |
| 23-2085 | Stewart Development, LLC v. 111 Veterans Boulevard, LLC |
| 23-2257 | Robert O'Gwin v. Ocean Harbor Casualty Insurance Company |

| 23-2290 | Juan Herrera et al v. Occidental Fire & Casualty Company of North Carolina |
| 23-2532 | Cheryl Mulkey et al v. State Farm Fire & Casualty Company |
| 23-3419 | Ann L. Worth v. Standard Fire Insurance Company |
| 23-3497 | Jeffrey Serpas et al v. Occidental Fire and Casualty Company of North Carolina |
| 23-4781 | Lawrence Borne et al v. State Farm Fire & Casualty Insurance Company |
| 23-6079 | House of Prayer Assembly of God, Inc. v. Church Mutual Insurance Company, S.I. |
| 23-6773 | Leonard Hunter, III et al v. Safeco Insurance Company of America |

**IT IS FURTHER ORDERED** that the following Section "J" cases are hereby reallotted to Judge Brandon S. Long, Section "O" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

None

**CIVIL ACTION CASES:**

| 22-1278 | Timothy Demarest v. FedNat Insurance Company |
| 22-1790 | Cawt, LLC v. United Property and Casualty Insurance Co. |
| 22-1835 | Clay James et al v. Liberty Mutual Insurance Co. |
| 22-2033 | Sonder Hospitality USA, Inc. v. 415 Rue Dauphine, LLC et al |
| 22-2141 | Victory of Houma Church v. Underwriters at Lloyds |
| 22-2797 | Scott Lagarde v. FedNat Insurance Co. |
| 22-2949 | Charles Giardina v. Farmers Property and Casualty Insurance Co. |
| 22-3063 | James Marshall et al v. North light Specialty Insurance Co. |
| 22-3099 | Clyde C.Pampo v. United Property and Casualty Insurance Company |

| | |
|---|---|
| 22-3223 | Burwell L. Jordan v. Atain Specialty Insurance Company |
| 22-3564 | Greta Wilson v. Nationstar Mortgage Company |
| 22-3566 | Jordan Cencarik v. Audubon Field Solutions, LLC |
| 22-3579 | Kisha Young v. Allstate Insurance Company |
| 22-3607 | 612 St Philip LLC et al v. StarStone Specialty Insurance Company |
| 22-3629 | Marlene Henry v. State Farm Fire & Casualty Company et al |
| 22-3707 | Joseph Legard v. Allstate Vehicle and Property Insurance Company et al |
| 22-3779 | Maria C. Garcia v. Allstate Insurance Company |
| 22-3850 | Marc Zender et al v. United Property and Casualty Insurance Co. |
| 22-4008 | V.Z.P., LLC v. Certain Underwriters at Lloyd's London |
| 22-4047 | 1031 Orleans, LLC et al v. StarStone Specialty Insurance Company |
| 22-4069 | Darrell Eilts et al v. American Bankers Insurance Company of Florida |
| 22-4776 | Amy Holliman v. Allied Trust Insurance Co. |
| 22-4782 | Howard Nelson v. Integon National Insurance Co. |
| 22-5014 | John Cannoy v. Allied Trust Insurance Co. |
| 22-5018 | Elizabeth Fontenelle v. Allied Trust Insurance Co. |
| 22-5042 | Tim Williams v. Atlantic Casualty Insurance Co. |
| 22-5112 | Darin Madere v. Allstate Vehicle and Property Insurance Co. |
| 22-5174 | Lyle Deroche v. Occidental Fire & Casualty Company of North Carolina |
| 23-634 | Jackson v. Metropolitan Life Insurance Company et al |
| 23-643 | Jared Folks v. Vincenzo Antonio Sainato et al |
| 23-1127 | Joseph Stanley et al v. National General Accident and Health Company |

23-2288        Roberta Goodman v. Tulane University of Louisiana et al

23-2563        Lester R. Dyer, III v. Louisiana State

23-5364        Neves Terrebonne v. American Zurich Insurance Company

23-5681        Ray J. Hutchinson v. Terrebonne Parish Consolidated Government

23-6006        Charles Allo, III v. Anco Insulations, Inc. et al

23-7006        Mark P. Himmel et al v. Standard Fire Insurance et al

**IT IS FURTHER ORDERED** that the following Section "L" cases are hereby reallotted to Judge Brandon S. Long, Section "O" of this Court, effective as of the date of this Order.

## <u>CRIMINAL ACTION CASES:</u>

22-185         USA v. Warren Roland

22-218         USA v. Roland Robinson
        Roxanne Carter

23-259         USA v. Joseph Metzler, III

## <u>CIVIL ACTION CASES:</u>

22-1878        Louis Taylor et al v. USAA General Indemnity Company

22-2359        Brandon Mire v. Allied Trust Insurance Company

22-2360        Ron Goldman Properties, LLC v. General Star Indemnity Company

22-3033        David Quintero v. United Property & Casualty Insurance Company

22-3546        Benjamin Labat v. Allstate Insurance Company

22-3555        Robert Fisher et al v. State Farm Fire & Casualty Company

22-4009        Premier Automotive Management, LLC v. Arch Specialty Insurance Co. et al

22-4233        Mustafa Mustafa v. United Property & Casualty Insurance Company

22-4369        Lionel Washington et al v. State Farm Fire and Casualty Company

| | |
|---|---|
| 22-4514 | Theophile Bourgeois v. Federal Emergency Management Agency |
| 22-4811 | Audrey Pierre v. Occidental Fire & Casualty Company of North Carolina |
| 22-4915 | Kenneth Lamothe v. USAA General Indemnity Company |
| 22-4994 | Darryl Malbrough v. Allstate Insurance Company |
| 22-5067 | Debrah Robichaux v. Allstate Insurance Company |
| 22-5092 | Meggin Tierney v. Allstate Insurance Company |
| 22-5147 | Theresa Lewis v. Allstate Insurance Company |
| 22-5166 | Karen Chabert v. Occidental Cire & Casualty Company of North Carolina |
| 22-5377 | Wayne Adams v. State Farm Fire and Casualty Company et al |
| 22-5393 | Charles-Ross Morgan v. Ashley Nacole Mayeaux Morgan-Parker et al |
| 22-5395 | Rahnish Jain v. State Farm Fire and Casualty Company |
| 23-57 | Allen Fernandez v. Engineering & Inspection Services, LLC et al |
| 23-182 | Juanita Chiasson et al v. State Farm Fire & Casualty Company |
| 23-242 | NOLA Motor Club, LLC v. Certain Underwriters at Lloyd's London |
| 23-552 | Patricia Lebeouf et al v. Ocean Harbor Casualty Insurance Company |
| 23-916 | IMTAA, LLC v. Great Lakes Insurance SE |
| 23-2269 | Elora Brower v. Matthew P. Soulier et al |
| 23-2271 | Carla Blank v. DG Louisiana LLC |
| 23-2296 | Andre Baugh v. Axis Surplus Insurance Company |
| 23-2311 | Chantelle Picou v. GEICO Casualty Company |
| 23-2395 | Andrew Guidry et al v. Allstate Insurance Company |
| 23-2720 | Paul Johnson v. State Farm Fire and Casualty Company |

23-3143          Linda M. Bonura v. State Farm Fire & Casualty Company

23-3505          Jene Patrice Thomas v. Enriched Schools

23-4698          Arthur Picolo et al v. Allstate Insurance Company of America et al

23-5425          Brenda Palermo v. Eagle Inc. et al

23-5626          Monique Holmes v. Wilbur Lee Oden, Jr. et al

23-5954          Jared Farley et al v. GeoVera Specialty Insurance Company

23-6451          Loyd Rhodus et al v. Milestone Project Services, LLC

**IT IS FURTHER ORDERED** that the following Section "M" cases are hereby reallotted to Judge Brandon S. Long, Section "O" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

21-122          USA v. Benjamin Tekippe

23-2          USA v. Rashaud Fontenberry

23-192          USA v. Derick Gettridge

23-269          USA v. Vairon Rogelio Lobo-Barahona

**CIVIL ACTION CASES:**

22-491          Jessica Chisolm v. Encore Academy et al

22-4352          Lorraine Magee v.   Dana T. Coleman et al

23-1870          Warren Chamblis v. Goodyear Tire and Rubber Company

23-2228          P.A. et al v. Doris Voitier et al

23-2843          Jacqueline Whitfield v. Sahuque Realty Company, Inc. et al

23-3346          Nisa Suanphairin v. Sara Sadi Ataya

| | |
|---|---|
| 23-4039 | Alliance Funding Group v. Wisznia Company, Inc. et al |
| 23-5089 | Crystal Gougis v. Shell Oil Company |
| 23-5113 | Jerry Martin, Jr. v. Susan Hutson |
| 23-5124 | Western Bankers Capital, Inc. v. Kirton McConkie, PC et al |
| 23-5769 | Olivia Antionette Pradier v. Starbucks Corporation |
| 23-6628 | Chris Authement et al v. American Security Insurance Company |
| 23-6630 | BrewBQue Hospitality, LLC v. Twin City Fire Insurance Company |
| 23-6711 | Emma Washington v. Homesite Insurance Company |
| 23-6744 | Ordoyne & Associates, LLC v. Wilshire Insurance Company |
| 23-6747 | Linda Salande v. Occidental Fire and Casualty Company of North Carolina |
| 23-6754 | NOLA Southern Grill, LLC v. Underwriters at Lloyds, London et al |
| 23-6756 | MJD Global Disaster Restoration LLC v. Underwriters at Lloyd's, London et al |
| 23-6797 | Peter Lewis v. State Farm Fire and Casualty Company |
| 23-6803 | Carriage House Homeowners Association, Inc. v. MESA Underwriters Specialty Insurance Company |
| 23-6834 | Tyra C. Treadway v. State Farm Fire and Casualty Company |
| 23-6835 | Mark Tayamen v. American Bankers Insurance Company of Florida |
| 23-6848 | William B. Hidalgo v. State Farm Fire and Casualty Company |
| 23-6861 | Paul Trahan v. Allied Trust Insurance Company |
| 23-6889 | Shameka Becnel v. USAA Casualty Insurance Company |
| 23-6892 | Gregory V.W. Hymel v. Occidental Fire and Casualty Insurance Company of North Carolina |

| | |
|---|---|
| 23-6936 | Richard Autin et al v. Allstate Insurance Company |
| 23-6997 | Thomas Hill v. Safepoint Insurance Company |
| 23-7001 | Margaret Johnson v. GeoVera Specialty Insurance Company |
| 23-7030 | Lisha Troncoso Burlin v. Occidental Fire and Casualty Company of NC |
| 23-7042 | Duke Neal Medical LLC v. Blackboard Insurance Company |
| 23-7067 | Brad Wascom v. State Farm Insurance Company |
| 23-7097 | Mary Costanza v. Scottsdale Insurance Company |
| 23-7102 | Susan Gillibrand v. Chubb Insurance et al |
| 23-7125 | Mama's Soulfood Kitchen, LLC v. Burlington Insurance Company |
| 23-7264 | Ricky T. Chopin et al v. State Farm Fire and Casualty Company |
| 23-7289 | James Clark et al v. GeoVera Advantage Insurance Services, Inc. |
| 23-7298 | John Westover-Schwartz et al v. Occidental Fire & Casualty Company of North Carolina |

**IT IS FURTHER ORDERED** that the following Section "P" cases are hereby reallotted to Judge Brandon S. Long, Section "O" of this Court, effective as of the date of this Order.

**CRIMINAL ACTION CASES:**

| | |
|---|---|
| 23-134 | USA v. Avery Julien |
| 23-193 | USA v. Pedro Nolocos Rosales |
| 23-228 | USA v. Dawud Barnes |
| 23-277 | USA v. John Joseph Keiper, Jr. |

**CIVIL ACTION CASES:**

| | |
|---|---|
| 23-1957 | John A. Hill et al v. Allstate Insurance Company |
| 23-1965 | Joyce M. Moore v. Allstate Insurance Company |

| | |
|---|---|
| 23-1981 | Barbara Knight et al v. Allstate Insurance Company |
| 23-1983 | Wanda Anderson-Gillaume v. Chubb European Group Limited |
| 23-2013 | Timothy Becnel et al v. Allstate Vehicle and Property Ins. Co. |
| 23-2076 | Vachaus Black v. Allstate Insurance Company |
| 23-2081 | Red Cedar Row LLC et al v. State Farm Fire & Casualty Company |
| 23-2108 | Inland Fresh Seafood Corporation of America, Inc. v. Travelers Property Casualty Company of America |
| 23-2185 | Jason Ferrante v. State Farm Fire & Casualty Company |
| 23-2196 | Troy Green, Sr. et al v. QBE Specialty Insurance Company |
| 23-2284 | United Bulk Terminals Davant, LLC v. American Commercial Barge Line LLC et al |
| 23-2335 | Camelot Court Condominium Association, Inc. v. Underwriters at Lloyds London et al |
| 23-2347 | Calvin Kelly v. Chubb European Group, SE et al |
| 23-2366 | Thomas Allen v. Allstate Indemnity Company |
| 23-2422 | Michael A. Odoms, Sr. et al v. American National Lloyds Insurance Company |
| 23-2440 | Shalon Saul et al v. GeoVera Specialty Insurance Company |
| 23-2444 | River Road Auto Paint & Body Repair, LLC v. Atain Specialty Insurance Company |
| 23-2501 | Allison Robinson v. Wal-Mart Louisiana, LLC |
| 23-2502 | Dale Lasseigne v. Ocean Harbor Casualty Insurance Company |
| 23-2509 | Cynthia DeHart et al v. State Farm Fire & Casualty Company |
| 23-2535 | Rocky Perez v. State Farm Fire & Casualty Company |

| 23-2615 | Rocklin Richard et al v. GeoVera Specialty Insurance Company |
| 23-3104 | Cedric Dent v. Jason R. Williams |
| 23-4032 | Compleat Hospitality Management, LLC v. Independent Specialty Insurance Company et al |
| 23-4564 | Harold Jackson v. Progressive Property Insurance Company |
| 23-5192 | Paula Saverin v. American Security Insurance Company et al |
| 23-5399 | D&D Realty, LLC v. Safepoint Insurance Company |
| 23-5426 | Corbert J. Plaisance, Jr. et al v. Eagle, Inc. et al |
| 23-5713 | Z'Amorion Robertson v. Timothy Soignet et al |
| 23-5755 | Sheila Hudspeath v. USAA Casualty Insurance Company |
| 23-5892 | William B. Coleman Co., Inc. v. Certain Underwriters at Lloyds London et al |
| 23-5926 | Deany Robert v. Canopius US Insurance, Inc. |
| 23-6362 | Michael Bessler v. Board of Immigration Appeals et al |
| 23-6844 | Engineering and Inspection Services, LLC v. New Rise Renewables Reno, LLC |
| 23-6900 | Patricia A. Becker v. Huntington Ingalls Incorporated et al |
| 23-7043 | Thaddeus Hardy v. 1901 Sophie Wright, LLC et al |
| 23-7091 | Jessica L. Seamon v. Nicholls State University |
| 23-7105 | In the Matter of La Delta Marine, LLC |

**IT IS FURTHER ORDERED** that the following Section "R" cases are hereby reallotted to Judge Brandon S. Long, Section "O" of this Court, effective as of the date of this Order.

## **CRIMINAL ACTION CASES:**

| 22-100 | USA v. Hector Rodriguez |

23-143          USA v. Malik Mack

23-16           USA v. Townsend Grant

23-121          USA v. Matthew Laurent

**CIVIL ACTION CASES:**

12-2842         Dania Gissell Cruz Mejia et al v. Brothers Petroleum, LLC et al
c/w
13-4831         Reina Prada Medina v. Brothers Behrman Hwy., Inc. et al

20-2890         Nationwide Agribusiness Insurance Company v. Smitty's Supply, Inc.
c/w             et al
20-2892         Nationwide Agribusiness Insurance Company v. Smitty's Supply, Inc.
                et al

21-2282         Moshe Shargian v. Yoel Shargian et al

22-1295         Marathon Oil Company v. LLOG Exploration Company LLC

22-2446         Mildred Thornton v. Ocean Harbor Casualty Insurance Company

22-2982         Tesla, Inc. et al v. Louisiana Automobile Dealers Association et al

22-3126         Nikki Brown v. State Farm Fire and Casualty Company

22-4956         United National Insurance Company v. Tunnel Center, Inc.

22-5252         Port Esplanade Condomium Association, Inc. v. Axis Surplus Insurance
                Company

22-5520         Rescue Wayne's v. Blackboard Insurance Company et al

22-5581         Cesar Romero et al v. United Property and Casualty Insurance Company
                et al

23-207          Marjorie Brown et al v. Farmers Property and Casualty Insurance
                Company

23-773          Lasandra Dudley v. Certain Underwriters at Lloyd's, London

24

| 23-848 | Jack Major v. Certain Underwriters at Lloyd's, London |
|---|---|
| 23-909 | Donald R. Wolf v. State Farm Fire & Casualty Company |
| 23-1182 | Brandi B. Ferguson et al v. State Farm Fire and Casualty Company |
| 23-1501 | Sydney Burchfield v. South Louisiana Medical Associates, A Professional Corporation |
| 23-1596 | Maryhelen Roche v. Chubb European Group, SE |
| 23-2276 | Hermes Health Alliance, LLC v. Certain Underwriters at Lloyd's, London et al |
| 23-2683 | Pearline Lagarde et al v. Certain Underwriters at Lloyd's of London et al |
| 23-3011 | Vivian Callais et al v. North Light Specialty Insurance Company et al |
| 23-3412 | Texas Insurance Company v. Talisman Specialty Underwriters, Inc. |
| 23-3663 | Shantel Parria v. Gerald Cvitanovich et al |
| 23-4294 | Rosa Miller v. USAA |
| 23-4881 | Loftin Group, L.L.C. v. General Security Indemnity Company of Arizona et al |
| 23-5127 | Betty Harvey et al v. Dover Bay Specialty Insurance Company et al |
| 23-5135 | Kevin Crayton et al v. Dover Bay Specialty Insurance Company et al |
| 23-5830 | River Road Veterans Club Incorporated v. Certain Underwriters at Lloyd's, London |
| 23-6053 | Chateau Management, LLC et al v. Underwriters at Lloyd's London et al |
| 23-6194 | Sunbelt Innovative Plastics, LLC et al v. Certain Underwriters at Lloyds, London et al |
| 23-6313 | Karno CP Holdings, LLC v. Arch Specialty Insurance Company et al |
| 23-6345 | George F. Ruckman, Jr. et al v. Safepoint Insurance Company |
| 23-6517 | Ben Sah, Inc. et al v. Certain Underwriters at Lloyd's, London |

23-6523          Woo Kee Trading, Inc. et al v. Certain Underwriters at Lloyd's London et al

23-7128          Evergreen Renovation, LLC v. Certain Underwriters at Lloyd's of London et al

23-7179          Gerald Deroche et al v. Anco Insulations, Inc. et al


**IT IS FURTHER ORDERED** that the following Section "T" cases are hereby reallotted to Judge Brandon S. Long, Section "O" of this Court, effective as of the date of this Order.

### CRIMINAL ACTION CASES:

22-238           USA v. Travis Enclade
                         Terence Wilson

23-6             USA v. Jose Alfredo Jimenez-Centeno

23-223           USA v. Kennan Alexis

### CIVIL ACTION CASES:

22-205           In Re: Hedron Holdings

22-1012          Suzanne Wimsatt v. Nidal Jaber

22-4624          Kenyatte Spikes v. Bogalusa City et al

23-391           Cynthia P. Melancon v. BP Exploration & Production, Inc. et al

23-1688          Cordell Chatman v. Plaquemines Parish Government et al

23-1885          American Auto Brokers On Line, LLC et al v. J & P Southeastern Auto Brokers, LLC et al

23-2433          Yolanda Hayes McPherson v. Ochsner Health System Skilled Nursing Facility West Campus et al

23-2624          Lemiah Johnson v. Iris Development, LLC et al

23-2768          Victor Cristea et al v. Arborpro, Inc. et al

| | |
|---|---|
| 23-5339 | Historic Restoration, Inc. et al v. Hunt Capital Partners, LLC et al |
| 23-5601 | Malcolm Baker v. Longnecker Properties, Inc. |
| 23-6651 | Malia Hicks v. American Security Insurance Company |
| 23-6654 | Taneeka Selestan v. State Farm Fire and Casualty Company |
| 23-6677 | Juan Romious et al v. Allstate Insurance Company |
| 23-6704 | Group J., LLC v. Travelers Indemnity Company of Connecticut |
| 23-6712 | TGL Realty, LLC v. Safepoint Insurance Company |
| 23-6725 | David Neil et al v. QBE Specialty Insurance Company |
| 23-6753 | Colby Kinchen v. State Farm Fire & Casualty Company |
| 23-6783 | Margo Whiteside et al v. USAA Casualty Insurance Company |
| 23-6784 | Brian Lohse v. Nationwide Mutual Insurance Company |
| 23-6798 | Joseph Dardar v. American Bankers Insurance Company of Florida |
| 23-6884 | Kellii Perrin v. State Farm Fire and Casualty Company |
| 23-6960 | Darryll Domangue v. Allstate Insurance Company |
| 23-6973 | 8692 River Road, LLC et al v. Certain Underwriters at Lloyd's London et al |
| 23-7028 | Theresa Adam v. GeoVera Specialty Insurance Company |
| 23-7083 | Olivia Scarber v. Evanston Insurance Company |
| 23-7123 | Natashia Crawford et al v. State Farm Insurance Company |
| 23-7142 | JES, Inc. et al v. Scottsdale Insurance Company |
| 23-7143 | Emile August v. Safeco Insurance Company of America |
| 23-7151 | David Soriano et al v. American Security Insurance Company |

| 23-7184 | Margaret Melissa Glenn Claudel v Certain Underwriters at Lloyd's London |
| 23-7186 | Betty Ward v. State Farm Fire and Casualty Insurance Company |
| 23-7204 | Gayla J. Lameier v. Ocean Harbor Casualty Insurance Company |
| 23-7282 | Charlene Jackson v. State Farm Fire and Casualty Company |
| 23-7299 | Janice Magyar et al v. Allstate Insurance Company |
| 23-7306 | Brett A. Taranto v. State Farm Fire and Casualty Company |
| 23-7307 | Willie Muhammad v. Safepoint Insurance Company |
| 23-7311 | Anika Pitts v. American Security Insurance Company |

**IT IS FURTHER ORDERED** that all deadlines remain in place, and no motions to reconsider will be granted unless there has been a change in the law or a material factual or other change since the order was signed.

New Orleans, Louisiana, this ___27th___ day of December, 2023.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

28