UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOYCE ARCENEAUX, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7349** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.** | **SECTION "O"** |

### ORDER TO SHOW CAUSE

A review of the record indicates that service of the complaint, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure, has not been made upon defendants Louisiana Regional Landfill Company, Waste Connections Bayou Inc, Waste Connections US Inc, Aptim Corp, and Jefferson Parish.

Accordingly,

**IT IS ORDERED** that on or before **April 26, 2024**, plaintiffs shall file into the record proof of service, or show good cause, in writing, why service of process has not been effected. Failure to comply with this order may result in the defendant's dismissal, without further notice, for failure to prosecute.

New Orleans, Louisiana, this 2nd day of April, 2024.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE