UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE ARCENEAUX, ET AL. | * | CIVIL ACTION NO.: 2:23-cv-07349 |
|   Plaintiff | * | |
| | * | |
| VERSUS | * | JUDGE: BRANDON S. LONG |
| | * | |
| LOUISIANA REGIONAL LANDFILL | * | |
| COMPANY, ET AL. | * | MAG.: DONNA PHILLIPS CURRAULT |
|   Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*     \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**EX PARTE MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

Defendant, Aptim Corp., through undersigned counsel, respectfully moves this Honorable

Court for an Order granting it a twenty-one (21) day extension of time to file responsive pleadings

to Plaintiffs' Complaint for Damages (R. Doc. 2), which are currently due April 11, 2024.

Defendant avers that it is still in the process of gathering initial information on this lawsuit

and respectfully requests an additional twenty-one (21) days to prepare and file responsive

pleadings. Defendant certifies that this is the first request for an extension and, thus, no prior

extensions have been granted. Pursuant to Local Rule 7.9, undersigned counsel certifies that they

sought consent or opposition from Plaintiffs' counsel, but neither has been obtained.

**WHEREFORE**, Defendant, Aptim Corp., prays that this Court grant this Motion, and

issue an Order allowing Defendant an additional twenty-one (21) days, through and until May 2,

2024 to file responsive pleadings.

*SIGNATURE BLOCK AND CERTIFICATE OF SERVICE ON NEXT PAGE*

Respectfully Submitted,


*/s/ Nicholas S. Bergeron*
ERNEST P. GIEGER, JR. (No. 6154)
JOHN E.W. BAAY II (No. 22928)
J. MICHAEL DiGIGLIA (No. 24378)
NICHOLAS S. BERGERON (No. 37585)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Hancock Whitney Building
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139
Telephone:      (504) 561-0400
Facsimile:      (504) 561-1011
Email:          egieger@glllaw.com
                jbaay@glllaw.com
                mdigiglia@glllaw.com
                nbergeron@glllaw.com

*Attorneys for Aptim Corp.*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel

of record via the Court's electronic case management system on this 10th day of April, 2024.


*/s/ Nicholas S. Bergeron*_____