## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOYCE ARECENEAUX, ET AL.,**<br>Plaintiff<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | **CIVIL ACTION**<br><br>**NO. 23-7349**<br><br>**SECTION: O**<br><br>**JUDGE: Long**<br>**MAGISTRATE JUDGE: Currault** |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO PLEAD

Defendants Louisiana Regional Landfill Company, Inc., Waste Connections Bayou, Inc., and Waste Connections US, Inc., through undersigned counsel, with full reservation of all rights and without prejudice to any defenses they have or may have to this action, move the Court pursuant to Local Rule 7.8 for an order granting them a twenty-one (21) day extension of time, or until May 2, 2024, within which to file responsive pleadings herein.

An extension is warranted under Local Rule 7.8 as Defendants have not been granted a prior extension of time to plead and Plaintiffs have not filed an objection in the record to an extension of time to plead.

On Monday, April 8, 2024, Defendants' counsel Michael Mims e-mailed Plaintiffs' counsel Frank D'Amico and inquired: "Will you please confirm that Plaintiffs do not oppose a 21-day extension for all Defendants (who have been served) to file their responsive pleadings?" At the time of this filing, Plaintiffs' counsel has not objected to the proposed extension or otherwise responded. Defendants respectfully submit that this extension is warranted under the circumstances. Louisiana Regional Landfill Company was served on March 21, 2024 and April 8, 2024 and Waste Connections Bayou, Inc. was served on April 8, 2024. Waste Connections US, Inc. was served via long arm

service on March 25, 2024. Plaintiffs' complaint asserts a complex mass tort action on behalf of 52 individual Plaintiffs and involves technical questions of fact and a myriad of legal issues under Louisiana's environmental laws and regulations. A reasonable extension is necessary to allow Defendants an opportunity to investigate the allegations in Plaintiffs' complaint and provide an adequate response. Further, the proposed extension will not cause and undue delay or prejudice.

Respectfully submitted,

LISKOW & LEWIS, APLC

  */s/ Michael C. Mims*
Michael C. Mims (#33991)
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alex Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax: (504) 556-4108

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 10, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

          /s/ *Michael C. Mims*
           Michael C. Mims