UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOYCE ARECENEAUX, ET AL.,**<br>Plaintiff<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | **CIVIL ACTION**<br><br>**NO. 23-7349**<br><br>**SECTION: O**<br><br>**JUDGE: Long**<br>**MAGISTRATE JUDGE: Currault** |

## ORDER

Considering the foregoing:

**IT IS ORDERED** that the *ex parte* motion for extension of time to plead of Defendants Louisiana Regional Landfill Company, Inc., Waste Connections Bayou, Inc., and Waste Connections US, Inc. is hereby granted, and that they be allowed twenty-one (21) additional days in which to file responsive pleadings, or until May 2, 2024.

New Orleans, Louisiana this _____ day of _____ 2024.

_____
DISTRICT JUDGE

1