UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE ARCENEAUX, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-7349 |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL. | SECTION "O" |

## ORDER

**IT IS ORDERED** that the motion[1] of Defendant Aptim Corp. for an extension of time to file a pleading responsive to Plaintiffs' complaint is **GRANTED.** Defendant's responsive pleading is due on May 2, 2024.

**IT IS FURTHER ORDERED** that the motion[2] of Defendants Louisiana Regional Landfill Company, Inc., Waste Connections Bayou, Inc., and Waste Connections US, Inc. for an extension of time to file a pleading responsive to Plaintiffs' complaint is **GRANTED.** Defendants' responsive pleading is due on May 2, 2024.

New Orleans, Louisiana, this 11th day of April, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 7.
[2] ECF No. 8.