AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Joyce Arceneaux, et al.

*Plaintiff(s)*

v.

Louisiana Regional Landfill Company, et al.

*Defendant(s)*

Civil Action No. 23-7349 O(2)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Parish of Jefferson
Through its agent for service
Michael J. Power
1221 Elmwood Park Blvd., Suite 701
Jefferson, LA 70123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Frank J. D'Amico, Jr.
4608 Rye Street
Metairie, LA 70006
Email: Beverly@damicolaw.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: Feb 05 2024

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Parish of Jefferson__
was received by me on *(date)* __3/11/2024__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* __Certified mail # 9407 1118 9876 5407 4325 89 delivered on 3/22/24 @ 8:50 AM. (Ex. A)__

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __4/4/24__

_____
*Server's signature*

__Beverly H Lopez   Paralegal__
*Printed name and title*

__4608 Rye St. Metairie, La 70006__
*Server's address*

Additional information regarding attempted service, etc:

## Electronic Delivery Confirmation™

**USPS CERTIFIED MAIL™**

Frank J. DAmico APLC
4608 RYE ST
METAIRIE LA 70006-5314

$5.04   US POSTAGE
FIRST-CLASS
Mar 11 2024
Mailed from ZIP 70006
1 OZ FIRST-CLASS MAIL LETTER RATE
11923275

062S0014418048

**USPS CERTIFIED MAIL**



9407 1118 9876 5407 4325 89

Parish of Jefferson
through Agent of Service
1221 ELMWOOD PARK BLVD STE 701
MICHAEL J POWER
NEW ORLEANS LA 70123-2337

| | |
|---|---|
| Reference | Jefferson Landfill Litigation |
| USPS # | 9407111898765407432589 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at the post office at 8:50 am on March 22, 2024 in NEW ORLEANS, LA 70123. |
| USPS History | Shipping Label Created, USPS Awaiting Item, 03/11/2024, 8:57 am, METAIRIE, LA 70006 |



EXHIBIT A

Electronic Delivery Confirmation Report © 2024 Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
Report Design Copyright 2024 Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
Date Verified: 03/22/2024 13:05:33 (UTC)