UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOYCE ARCENEAUX, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-7349** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.** | **SECTION "O"** |

### ORDER

It has been brought to the Court's attention that the above-captioned matter is related to Civil Action No. 18-7889, *Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.*, previously allotted to Section E of this Court.

Accordingly,

**IT IS ORDERED** that the above-captioned case is transferred to Section E and Division 5 for further proceedings.

New Orleans, Louisiana, this 19th day of April, 2024.

April 22, 2024
TRANSFERRED TO
**SECT. E**
**MAG 5**

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE