UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARCENEAUX, ET AL.,**<br>    **Plaintiffs**<br><br>**versus**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.**<br>    **Defendants** | **CIVIL ACTION**<br><br>**NO. 23-7349**<br><br>**SECTION: E**<br><br>**JUDGE: Susie Morgan**<br>**MAGISTRATE JUDGE: Michael D. North** |

## **MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. Rule 12(b)(5), or in the alternative, under Fed. R. Civ. P. Rule 12(b)(6), and for failure to comply with Fed. R. Civ. P. Rule 4(m), and for the reasons explained in the accompanying Memorandum of Law in Support, Defendant Aptim Corporation moves the court to dismiss this action as untimely, failing to meet basic pleading requirements and improper service of process.

This Motion is supported by the attached Memorandum of Law in Support, the attached Declaration of John E. W. Baay, II, the complete files and records of this action, and such other and further oral and documentary evidence as may be presented at the hearing on this motion.

        Respectfully submitted,

        */s/ John E.W. Baay, II*
        Ernest P. Gieger, Jr. (6154)
        John E. W. Baay (22928)
        J. Michael DiGiglia (24378)
        Nicholas S. Bergeron (37585)
        GIEGER, LABORDE & LAPEROUSE, L.L.C.
        Hancock Whitney Center
        701 Poydras Street, Suite 4800
        New Orleans, Louisiana 70139
        Telephone:    (504) 561-0400
        Facsimile:     (504) 561-1011
        Email:          egieger@glllaw.com
                               jbaay@glllaw.com
                               mdigiglia@glllaw.com
                               nbergeron@glllaw.com

        *Attorneys for Aptim Corporation*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 2nd day of May, 2024, served a copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for all parties to this proceeding.

                                                */s/ John E.W. Baay, II*
                                                   John E.W. Baay, II