UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARCENEAUX, ET AL.,**<br>　　Plaintiffs<br><br>versus<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.**<br>　　Defendants | CIVIL ACTION<br><br>NO. 23-7349<br><br>SECTION: E<br><br>**JUDGE: Susie Morgan**<br>**MAGISTRATE JUDGE: Michael D. North** |

## ORDER

Upon consideration of Aptim Corporation's Motion to Dismiss, IT IS HEREBY ORDERED that Aptim Corporation's motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2024.


_____
UNITED STATES DISTRICT JUDGE