UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARCENEAUX, ET AL.,**<br>    Plaintiffs<br><br>versus<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.**<br>    Defendants | **CIVIL ACTION**<br><br>**NO. 23-7349**<br><br>**SECTION: E**<br><br>**JUDGE: Susie Morgan**<br>**MAGISTRATE JUDGE: Michael D. North** |

### DECLARATION OF JOHN E.W. BAAY, II
### IN SUPPORT OF DEFENDANT APTIM CORPORATION'S
### MOTION TO DISMISS

I, John E.W. Baay, II, declare as follows:

1. I currently serve as a Member and Partner with the law firm of Gieger, Laborde & Laperouse, LLC ("GLL") in its New Orleans, Louisiana office and am duly admitted to practice before this court.

2. I am one of the attorneys at GLL that represents Aptim Corporation ("Aptim") in the above cited action.

3. I submit this Declaration, together with the accompanying exhibits, in support of Aptim's Motion to Dismiss the subject Complaint. I am fully familiar with the facts set forth herein.

4. All of the declarations in this document are mine, informed by my knowledge, my review of relevant documents and other information, and my understanding of the relevant facts.

5. Aptim Corporation ("Aptim") was never served with Plaintiffs' original complaint (ECF No. 1).

1

6. Aptim was only served with Plaintiffs' second filed pleading (ECF No. 2) along with pertinent service of process information upon Aptim. A true and correct copy of the Complaint for Damages, filed December 19, 2023, in *Arceneaux, et al., v. Louisiana Regional Landfill Company, et al.*, ECF No. 2, is attached hereto as **Exhibit A**.

7. Aptim was served Plaintiffs' second filed pleading (ECF No. 2) on March 21, 2024, which was ninety-three days (93) after filing. See **Exhibit A**.

8. The Jefferson Parish Council awarded the contract for operating and maintaining the JPLF Gas Collection and Control System to River Birch, LLC by Resolution No. 133573 on May 8, 2019. A true and correct copy of the Jefferson Parish Council Resolution No. 133573 dated May 8, 2019 awarding the contract for operating and maintaining the JPLF Gas Collection and Control System to River Birch, LLC on May 8, 2019 is attached hereto as **Exhibit B.**

9. Aptim has not operated or maintained the Jefferson Parish Landfill ("JPLF") Gas Collection and Control System in any capacity since Friday, May 17, 2019 when Jefferson Parish terminated Aptim's contract. A true and correct copy of the email dated May 17, 2019 from Mr. Michael Lockwood, Jefferson Parish's Director of Environmental Affairs, to Josh Broggi of Aptim terminating Aptim's contract on May 17, 2019 is attached hereto as **Exhibit C**.

10. Paragraph 2.a of ECF No. 2 specifically refers to an Exhibit A as being attached to the complaint, however, the version of ECF No. 2 served upon Aptim does not contain any Exhibit A. See attached **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of May, 2024.

                                          /s/ *John E.W. Baay, II*
                                              John E.W. Baay, II