On motion of **Ms. Lee-Sheng**, seconded by **Mr. Johnston**, the following resolution was offered:

### RESOLUTION NO. 133573

A resolution authorizing an Agreement with River Birch LLC to provide Landfill Gas Collection and Control System and Leachate Collection System Operation and Maintenance Services for the Jefferson Parish Sanitary Landfill under RFP No. 0393 for a period of two (2) years with the option to renew for three (3) additional one year terms for an amount not to exceed five hundred seven thousand dollars ($507,000.00) per year. (Council District 3)

**WHEREAS**, pursuant to Resolution No. 132944, adopted on the 16th day of January, 2019, the Jefferson Parish Council authorized the Purchasing Department to advertise for Request for Proposals to provide Landfill Gas Collection and Control System and Leachate Collection System Operation and Maintenance Services for the Jefferson Parish Sanitary Landfill under RFP No. 0393; and

**WHEREAS**, public bids are not mandated by law and the technical requirements inherent in the requested services dictate that price is not the sole criterion, it is in the best interests of Jefferson Parish to obtain competitive proposals as allowed by Section 2-895 et. seq.; and

**WHEREAS**, the RFP allows comprehensive evaluation of the proposers' qualifications, relevant experience, ability to provide the needed specialty services in addition to costs resulting in a selection that is most beneficial to Jefferson Parish; and

**WHEREAS**, pursuant to Resolution No. 133362, adopted on the 3rd day of April, 2019, the Jefferson Parish Council selected River Birch, LLC to provide Landfill Gas Collection and Control System and Leachate Collection System Operation and Maintenance Services for the Jefferson Parish Sanitary Landfill under RFP No. 0393.

**NOW, THEREFORE, BE IT RESOLVED** by the Jefferson Parish Council of Jefferson Parish, Louisiana acting as governing authority of said Parish:

**SECTION 1.** That the Agreement with River Birch LLC to provide Landfill Gas Collection and Control System and Leachate Collection System Operation and Maintenance Services for the Jefferson Parish Sanitary Landfill under RFP No. 0393 for a period of two (2) years with three (3) option years for an amount not to exceed five hundred seven thousand dollars ($507,000) per year, be and is hereby approved.

**SECTION 2.** That any costs associated with this agreement shall be charged to Account No. 22390-3500-7331 or to an account associated with the non-routine repair of the systems.

**SECTION 3.** That the term of this contract shall commence on the date of full execution of the Agreement for a period of two (2) years with the option to renew for three (3) additional one year terms.

**SECTION 4.** That the Council Chair or in his/her absence, the Vice-Chair be and is authorized to execute any and all documents necessary to give full force and effect to this resolution.

The foregoing resolution having been submitted to a vote, the vote thereon was as follows;

YEAS: 6     NAYS: None     ABSENT: None

The resolution was declared to be adopted on this the **8th day of May, 2019.**

THE FOREGOING IS CERTIFIED
TO BE A TRUE & CORRECT COPY

*[signature]*
EULA A. LOPEZ
PARISH CLERK
JEFFERSON PARISH COUNCIL