| | |
|---|---|
| **From**: | Mike Lockwood [MLockwood@jeffparish.net] |
| **Sent**: | 5/17/2019 12:57:44 PM |
| **To**: | Broggi, Josh [josh.broggi@aptim.com] |
| **Subject**: | Contract Termination |

**EXHIBIT C**

**EXTERNAL SENDER**

Per the terms of your amended contract which states that the term will go to June 30, 2019 OR until another agreement is executed, Friday, May 17, 2019 will be your last day on the Jefferson Parish Sanitary Landfill site.

I am requesting that you meet with me and the new contractor at your earliest convenience to facilitate a smooth transition.

Many thanks,

Mike

Michael P. Lockwood, MSPH, Director
Jefferson Parish Department of Environmental Affairs
834 S. Clearview Pkwy.
Harahan, LA 70123
Phone: (504) 736-6440  Fax: (504) 731-4607

Please be advised any information provided to Jefferson Parish Government may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.