UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOYCE ARECENEAUX, ET AL.,**<br>Plaintiff<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | CIVIL ACTION<br><br>NO. 23-7349<br><br>SECTION: E<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## WASTE CONNECTIONS DEFENDANTS' MOTION TO DISMISS

NOW INTO COURT, through their undersigned respective counsel, come Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. (collectively the "Waste Connections Defendants"), who move to dismiss the Complaint for Damages [ECF No. 2] pursuant to Federal Rule of Civil Procedure 12(b)(5) and 12(b)(6), for the reasons set forth in the supporting memorandum filed herewith.

WHEREFORE, after due proceedings, the Waste Connections Defendants pray that this motion to dismiss be granted in its entirety and the consolidated claims of the Plaintiffs be dismissed at Plaintiffs' sole cost.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:   /s/ Michael C. Mims
       Michael C. Mims (#33991)
       Michael P. Cash (#31655)
       Cherrell Simms Taplin (#28227)
       Brady M. Hadden (#37708)
       J. Hunter Curtis (#39150)
       Alec N. Andrade (#38659)
       701 Poydras Street, Suite 5000
       New Orleans, LA 70139
       Telephone: (504) 581-7979
       Telefax: (504) 556-4108

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac forthcoming*)
Michael G. Murphy (*pro hac forthcoming*)
John H. Paul (*pro hac forthcoming*)
Katelyn E. Ciolino (*pro hac forthcoming*)
Katrina M. Krebs (*pro hac forthcoming*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac forthcoming*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac forthcoming*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/ *Michael C. Mims*
Michael C. Mims