UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOYCE ARCENEAUX, ET AL.,**<br>Plaintiff<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>Defendants | **CIVIL ACTION**<br><br>**NO. 23-7349**<br><br>**SECTION: E**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### DECLARATION OF MICHAEL C. MIMS IN SUPPORT OF WASTE CONNECTIONS DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS

I, Michael C. Mims, hereby declare as follows:

1. I am a Shareholder of the law firm Liskow & Lewis, APLC and am duly admitted to practice before this Court.

2. I submit this Declaration on behalf of Defendants Louisiana Regional Landfill Company ("LRLC"), Waste Connections Bayou, Inc. ("WCB"), and Waste Connections US, Inc. ("WCUS" and together with LRLC and WCB, the "Waste Connections Defendants") and in support of the Waste Connections Defendants' Memorandum of Law in Support of Their Motion to Dismiss. I am fully familiar with the facts set forth herein.

### I. The Operative Pleading

3. This action was commenced on December 19, 2023 with the filing of the original complaint (ECF No. 1). Upon information and belief, the Court directed Plaintiffs to correct a defect in its initial filing, and the modified complaint was later refiled at ECF No. 2. The original pleading (ECF No. 1) is no longer available on the docket.

4. Attached hereto as Exhibit A is a true and correct copy of the operative Complaint (ECF No. 2).

## II. Louisiana Regional Landfill Company's Operations at the JPLF

5. This Court found in its Findings of Fact and Conclusions of Law in the related *Addison* and *Ictech-Bendeck* actions that Waste Connections Defendants operated at the Jefferson Parish Landfill up to December 2020. Findings of Fact and Conclusions of Law, November 29, 2022 at 2 (ECF No. 323, 19-cv-11133; ECF No. 285; 18-cv-07889).[1]

6. In the *Addison* and *Ictech-Bendeck* actions, the parties jointly submitted uncontested issues of material fact, including that "The Louisiana Regional Landfill Company, f/k/a IESI LA Landfill Corporation, operated portions of the JPLF from May 2013 through December 31, 2020" and "Renewable Energy of Jefferson, LLC (a River Birch, LLC affiliate) began operating the JPLF on January 1, 2021." List of Uncontested Material Facts, dated January 31, 2022 at ¶¶ 13, 14 (ECF No 273-2, 19-cv-11133; ECF No. 242-2, 18-cv-07889).

## III. Improper Service of Process

7. LRLC was served with the operative pleading (ECF No. 2) on March 21, 2024 via LRLC's registered agent for service of process in Louisiana, attached as Exhibit B. LRLC was also served with a copy of the original pleading (ECF No. 1) on April 8, 2024, attached as Exhibit C.

8. WCUS was served with the operative pleading (ECF No. 2) on March 25, 2024 via long-arm service on WCUS's registered agent in Delaware, attached as Exhibit D.

---

[1] This decision is also available at *Ictech-Bendeck v. Waste Connections Bayou, Inc.*, No. 18-cv-7889 and related case *Addison v. Louisiana Regional Landfill Company*, No. 19-cv-11133, 2022 WL 17324430, at *1 (E.D. La. Nov. 29, 2022).

9.      WCB was only served with a copy of the original pleading (ECF No. 1) on April 8, 2024 via WCB's registered agent for service of process in Louisiana, attached as Exhibit E. WCB was never served with a copy of the operative pleading (ECF No. 2).

10.     When the original pleading at ECF No. 1 was served on LRLC and WCB, it included an Exhibit A, but this Exhibit is no longer on the docket, was not served on WCUS, and is not attached to the operative pleading at ECF No. 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 2, 2024.

                                                              /s/ Michael C. Mims
                                                                Michael C. Mims