UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARCENEAUX, ET AL.,** <br><br> Plaintiffs <br><br> versus <br><br> **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.** <br><br> Defendants | **CIVIL ACTION** <br><br> **NO. 23-7349** <br><br> **SECTION: E** <br><br> **JUDGE: Susie Morgan** <br> **MAGISTRATE JUDGE: Michael D. North** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc. hereby notice their Motion to Dismiss for submission before the Honorable Susie Morgan, United States District Judge, 500 Poydras Street, New Orleans, Louisiana 70130, on May 22, 2024 at 10:00 a.m., or as soon thereafter as counsel can be heard.

        Respectfully submitted,

        LISKOW & LEWIS, APLC

        By:   /s/ Michael C. Mims
                Michael C. Mims (#33991)
                Michael P. Cash (#31655)
                Cherrell Simms Taplin (#28227)
                Brady M. Hadden (#37708)
                J. Hunter Curtis (#39150)
                Alec N. Andrade (#38659)
                701 Poydras Street, Suite 5000
                New Orleans, LA 70139
                Telephone: (504) 581-7979
                Telefax: (504) 556-4108

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac forthcoming*)
Michael G. Murphy (*pro hac forthcoming*)
John H. Paul (*pro hac forthcoming*)
Katelyn E. Ciolino (*pro hac forthcoming*)
Katrina M. Krebs (*pro hac forthcoming*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac forthcoming*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac forthcoming*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 2, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/ *Michael C. Mims*
Michael C. Mims
