UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARCENEAUX, ET AL.,**<br>     **Plaintiffs**<br><br>**versus**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.**<br>     **Defendants** | **CIVIL ACTION**<br><br>**NO. 23-7349**<br><br>**SECTION: E**<br><br>**JUDGE: Susie Morgan**<br>**MAGISTRATE JUDGE: Michael D. North** |

## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. Rule 12(b)(5), or in the alternative, under Fed. R. Civ. P. Rule 12(b)(6), and for failure to comply with Fed. R. Civ. P. Rule 4(m), and for the reasons explained in the accompanying Memorandum of Law in Support, Defendant Aptim Corporation moves the court to dismiss this action as untimely, failing to meet basic pleading requirements and improper service of process.

This Motion is supported by the attached Memorandum of Law in Support, the attached Declaration of John E. W. Baay, II, the complete files and records of this action, and such other and further oral and documentary evidence as may be presented at the hearing on this motion.

                        Respectfully submitted,

                        */s/ John E.W. Baay, II*
                        Ernest P. Gieger, Jr. (6154)
                        John E. W. Baay (22928)
                        J. Michael DiGiglia (24378)
                        Nicholas S. Bergeron (37585)
                        GIEGER, LABORDE & LAPEROUSE, L.L.C.
                        Hancock Whitney Center
                        701 Poydras Street, Suite 4800
                        New Orleans, Louisiana 70139
                        Telephone:   (504) 561-0400
                        Facsimile:    (504) 561-1011
                        Email:         egieger@glllaw.com
                                           jbaay@glllaw.com
                                         mdigiglia@glllaw.com
                                         nbergeron@glllaw.com

                        *Attorneys for Aptim Corporation*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 3rd day of May, 2024, served a copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for all parties to this proceeding.

                                                     */s/ John E.W. Baay, II*
                                                      John E.W. Baay, II