**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ARCENEAUX, ET AL.,**<br>     **Plaintiffs** | **CIVIL ACTION** |
| | **NO. 23-7349** |
| **versus** | |
| | **SECTION: E** |
| **LOUISIANA REGIONAL LANDFILL**<br>**COMPANY, ET AL.**<br>     **Defendants** | |
| | **JUDGE: Susie Morgan**<br>**MAGISTRATE JUDGE: Michael D. North** |

**<u>ORDER</u>**

Upon consideration of Aptim Corporation's Motion to Dismiss, IT IS HEREBY ORDERED that Aptim Corporation's motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2024.


_____
UNITED STATES DISTRICT JUDGE