UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARCENEAUX, ET AL.,**<br>        Plaintiffs<br><br>versus<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.**<br>        Defendants | CIVIL ACTION<br><br>NO. 23-7349<br><br>SECTION: E<br><br><br>JUDGE: Susie Morgan<br>MAGISTRATE JUDGE: Michael D. North |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Aptim Corporation hereby notice their Motion to Dismiss for submission before the Honorable Susie Morgan, United States District Judge, 500 Poydras Street, New Orleans, Louisiana 70130, on May 22, 2024 at 10:00 a.m., or as soon thereafter as counsel can be heard.

Respectfully submitted,

  */s/ John E.W. Baay, II*
Ernest P. Gieger, Jr. (6154)
John E. W. Baay (22928)
J. Michael DiGiglia (24378)
Nicholas S. Bergeron (37585)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:    (504) 561-0400
Facsimile:     (504) 561-1011
Email:           egieger@glllaw.com
                     jbaay@glllaw.com
                     mdigiglia@glllaw.com
                     nbergeron@glllaw.com

*Attorneys for Aptim Corporation*

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have on this 3rd day of May, 2024, served a copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for all parties to this proceeding.

*/s/ John E.W. Baay, II*
John E.W. Baay, II
