UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE ARCENEAUX, ET AL | CIVIL ACTION |
| VERSUS | NO. 23-7349 |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL | SECTION "O" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel comes Plaintiffs who request that this matter be dismissed without prejudice.

Opposing counsel has not stated any opposition to this Motion.

WHEREFORE, Plaintiffs request that this matter be dismissed without prejudice.

Respectfully submitted on May 9, 2024.

FRANK J. D'AMICO, JR., APLC

*/s/ Frank J. D'Amico, Jr.*
Frank J. D'Amico, Jr. # 17519
4608 Rye Street
Metairie, LA 70006
Tel: 504.525.7272
Email: Frank@damicolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Opposition to Aptim Corporation's Motion to Dismiss* has been served to all counsel of record via CM/ECF Electronic Filing system on this 9th day of May, 2024.

*/s/ Frank J. D'Amico, Jr.*