UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE ARCENEAUX, ET AL | CIVIL ACTION |
| VERSUS | NO. 23-7349 |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL | SECTION "O" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER TO DISMISS WITHOUT PREJUDICE

*Considering the foregoing:*

IT IS ORDERED that the captioned matter, Joyce Arceneaux, et al versus Louisiana Regional Landfill Company, et al , docket number 23-7349 is hereby DISMISSED WITHOUT PREJUDICE.

Signed in New Orleans, Louisiana on this _____ day of _____, 2024.

_____
Honorable Judge S. Morgan