UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE ARCENEAUX, ET AL | CIVIL ACTION |
| VERSUS | NO. 23-7349 |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL | SECTION "O" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned matter is hereby **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 10th day of May, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**